| | |
|---|---|
| 1 | Gina Fazio, Esq. #225178 |
| | Law Offices of Jeffrey Milam |
| 2 | P.O. Box 26360 |
| | Fresno, California 93729 |
| 3 | (559) 264-2800 |
| 4 | Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| KEITH KRAFT, | ) |
| | ) 1:05-CV-1480 AWI LJO |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 60 day extension of time, until August 2, 2006, in which to serve Plaintiff's Confidential brief. All remaining actions under the scheduling order filed, November 22, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated:  June 5, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, Attorney for Plaintiff. |
| 3 | Dated: June 6, 2006 | |
| 4 | | MCGREGOR SCOTT United States Attorney |
| 5 | | |
| 6 | | By: /s/ Kristi C. Kapetan (as authorized via facsimile) KRISTI C. KAPETAN |
| 7 | | Assistant U.S. Attorney |

8    IT IS SO ORDERED.

9    **Dated:   June 22, 2006**              **/s/ Lawrence J. O'Neill**
     66h44d                                   UNITED STATES MAGISTRATE JUDGE