1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR

8                  THE EASTERN DISTRICT OF CALIFORNIA

9                              AT FRESNO

10 KEITH KRAFT                )
                              )  1:05-CV-1480 AWI LJO
11                            )
           Plaintiff,         )  STIPULATION AND ORDER TO DISMISS
12                            )
   vs.                        )
13                            )
   JO ANNE B. BARNHART,       )
14 Commissioner of Social     )
   Security,                  )
15                            )
           Defendant.         )
16 _____)

17

18      IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil

19 Action filed on September 30, 2005 on behalf of Plaintiff be dismissed.  After thorough

20 review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to

21 continue.  Plaintiff's counsel has conferred with Plaintiff and both are in agreement to

22 dismissal.

23      Dated: October 5, 2006          /s/ Gina Fazio

24                                      GINA FAZIO, ESQ.
                                        Attorney for Plaintiff
25
        Dated: October 13, 2006
26                                      MCGREGOR SCOTT
                                        United States Attorney
27
                                        By: /s/ Kristi C. Kapetan
28                                      (as authorized via facsimile)
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney

1  **ORDER**

2  The parties seek dismissal of this action pursuant to Rule 41(a) of the Federal Rules of Civil

3  Procedure.   Rule 41(a)(1), in relevant part, reads:

4  > an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an
5  > answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in
6  > the action. Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice, except that a notice of dismissal operates
7  > as an adjudication upon the merits when filed by a plaintiff who has once dismissed in any court of the United States or of any state an action based on
8  > or including the same claim.

9  Rule 41(a)(1)(ii) thus allows the parties to dismiss an action voluntarily, after service of an

10  answer, by filing a written stipulation to dismiss signed by all of the parties who have

11  appeared, although an oral stipulation in open court will also suffice.  Carter v. Beverly Hills

12  Sav. & Loan Asso., 884 F.2d 1186, 1191 (9th Cir. 1989); Eitel v. McCool, 782 F.2d 1470,

13  1472-73 (9th Cir. 1986).  Once the stipulation between the parties who have appeared is

14  properly filed or made in open court, no order of the court is necessary to effectuate

15  dismissal.  Fed. R. Civ. Pro. 41(a)(1)(ii); Eitel, 782 F.2d at 1473 n.4.   Because Plaintiff has

16  filed a stipulation for dismissal as to all parties under Rule 41(a)(1)(ii) that is signed by all

17  parties who have made an appearance, this case has terminated.  See Fed. R. Civ. Pro.

18  41(a)(1)(ii); In re Wolf, 842 F.2d at 466; Gardiner, 747 F.2d at 1189; see also Gambale, 377

19  F.3d at 139; Commercial Space Mgmt, 193 F.3d at 1077; cf. Wilson, 111 F.3d at 692.

20       Therefore, IT IS HEREBY ORDERED that this action is DISMISSED and the Clerk

21  of the Court is DIRECTED to close this case in light of the parties' filed and signed Rule

22  41(a)(1)(ii) Stipulation For Dismissal.

23

24  IT IS SO ORDERED.

25  **Dated:   October 19, 2006**              **/s/ Anthony W. Ishii**
    0m8i78                                     UNITED STATES DISTRICT JUDGE

26

27

28